RECEIVED

DEC 17 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**John LeRoux**

Plaintiff(s),

vs.

Case No. __25-cv-4677-JMB/EMB__
(To be assigned by Clerk of District Court)

**Crescent Heights**
**The Ala Moana Hotel**
**Outrigger Resorts**

DEMAND FOR JURY TRIAL

YES ✔    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a. Plaintiff

    | | |
    |---|---|
    | Name | **John LeRoux** |
    | Street Address | **2108 Harriet Avenue** |
    | County, City | **Hennepin, Minneapolis** |
    | State & Zip Code | **Minnesota  55405** |
    | Telephone Number | **303 257-6571** |

SCANNED
DEC 17 2025
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a. Defendant No. 1

| | |
|---|---|
| Name | **Crescent Heights** |
| Street Address | **2200 Biscayne Blvd.** |
| County, City | **Dade, Miami** |
| State & Zip Code | **Florida 33137** |

    b. Defendant No. 2

| | |
|---|---|
| Name | **The Ala Moana Hotel** |
| Street Address | **410 Atkinson Drive** |
| County, City | **Oahu, Honolulu** |
| State & Zip Code | **Hawaii 96814** |

    c. Defendant No. 3

| | |
|---|---|
| Name | **Outrigger Resorts** |
| Street Address | **2375 Kuhio Avenue** |
| County, City | **Oahu, Honolulu** |
| State & Zip Code | **Hawaii, 96815** |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal Question       ☑ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:  **John LeRoux**          State of Citizenship: **Minnesota**

    Defendant No. 1: **Crescent Heights**     State of Citizenship: **Florida**

    Defendant No. 2: **The Ala Moana Hotel**  State of Citizenship: **Hawaii**

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☑

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota

    ☑ Other: explain

    **I lived in Colorado when I bought, lived in Hawaii 80% of my ownership, I lived in Minnesota when I began to suspect fraud.**

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

5. Defendant No. 3:   **Outrigger Resorts**  State of Citizenship:  **Hawaii**

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

**I purchased unit 1724 of the Ala Moana Hotel during their condo conversion in November of 2006.  The purchase was akin to a timeshare purchase, only I had rights to the unit year round.  The selling point promoted by Crescent Heights was that I, and other buyers, would receive half the revenue if we allowed the hotel to rent out our units.  The hotel would send out monthly statements regarding room revenue, taxes collected and fees charged.  None of the figures provided were verifiable by me or the other owners.  This put the owners at risk for fraud.  The owner was provided 5 figures monthly:  The available nights, the occupied nights, the total fully taxed revenue, the total tax exempt revenue  and various miscellaneous charges.  There was no information on which nights were rented and for how much.  There was no information on the average revenue for other units at the hotel.  The hotel collected excise and transient accommodations tax from guests and forwarded them to owners such as me.  I was then expected to file tax returns based solely on their numbers.  I can think of no business reason the hotel would transfer this responsibility to a passive investor.  The only obligation the hotel had to the State of Hawaii regarding rents was to tally up all of the revenue and taxes collected for each unit and send that one figure in once a year.  The lack of meaningful information forwarded to the owner regarding the actual use of every unit made fraud more likely.  Risk of fraud is a harm in itself.  The following paragraphs assert that fraud did occur.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ✔
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**


REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**I would like the court to determine that fraud occurred in the statements produced and the remuneration provided during the period of my ownership of unit 1724 of the Ala Moana Hotel.  I ended up losing over $300,000.  That was more than my retirement account, which went to cover my losses. I'm seeking $500,000.  That's my original investment ($238,000) plus 4% interest per year.**

4

8. This paragraph will address forum, standing and statute of limitations concerns. I believe the Minnesota District Federal court is the appropriate forum. I lived in Colorado when I bought the unit. I lived in Hawaii during most of the fraud that I allege. I now live in Minnesota, which is where I lived when the taxation dispute with Hawaii was settled. The defendants are located in Hawaii and Florida. I believe I have standing because most of the alleged fraud affected me. The rest impacted Hawaii. They're not a party to this suit at this time. The statute of limitations allows me to sue up to at least 3 years after the fraud was discovered. I started suspecting fraud in July of 2023. I started reviewing my monthly statements then. In addition, the mail fraud statute of limitations is up to 10 years. I received statements monthly up until December 2016.

9. I contend that fraud occurred in the collection and forwarding of Transient Accommodations Tax (TAT) collected from guests. The State of Hawaii demanded that a 9.25% tax be charged to most guests. The exceptions were military personnel ordered to find lodging and persons attending educational events. In the first month and a half of my ownership my statements showed 0% tax exempt guests. In the next two years it was a steady 20% for each year. In the last 3 years my tax exempt revenue was 50% of all my room's revenue. Outrigger Resorts managed the hotel for the first 9 years of my ownership   I've requested on numerous occasions that someone at Outrigger, The Ala Moana Hotel or Crescent Heights send me an example of another unit that had such a high tax exempt percentage. No one responded. I since found out that at least 2 units in 2024 had close to 0% TAT exempt renters. If guests were charged that tax, and then they were represented as exempt renters to me, someone could have pocketed thousands of dollars over the period of my ownership. It also puts all the other figures in question.

10 .A close examination of the 78 monthly statements shows clear evidence of fraud. The rental rates fluctuate greatly month to month and the TAT exempt rates vary greatly from the regular rates. I'm willing to hire a forensic auditor to make sense of these numbers. I believe my case is so clear I'd be willing to let the defendants chose an auditor, and I would pay half. I've made this offer and gotten no response. I believe that roughly one third of the revenue my unit earned was hidden from me.

11. The contract regarding the owners' program was unconscionable. My purchase was based on the understanding that I would receive 50% of the revenue from my unit. Junk fees lowered that to 40% of the stated revenue. Additionally I paid a monthly maintenance fee and property taxes which lowered my net return to less than $200 per month. If fraudsters were keeping half of the TAT receipts they were making more than I, the owner was! My only alternative was to get out of the owner's program. I would still have been required to pay property taxes and the maintenance fee.

12. I've sent numerous letters and emails to the named defendants. I filed a small claims case seeking answers in 2024. That case was dismissed because the judge accepted the statute of limitations argument. I've offered to go to mediation or even to have a conversation with anyone at Crescent Heights, The Ala Moana or Outrigger. A simple example of one other owner with similar numbers would have satisfied me. I believe their lack of response reveals such a document does not exist.

Signed this **16th**        day of **December,** 2025

Signature of Plaintiff *John LeRoux*

Mailing Address        **2108 Harriet Ave**
**Minneapolis, MN  55405**

Telephone Number    **303 257-6571**

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.